JOHN FESTA et al., Appellants, v NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS et al., Respondents.

Submitted June 25, 2007; decided July 2, 2007

Reported below, 37 AD3d 343.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.